IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. |
| | : | |
| | : | Grand Jury Original |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | Mail Fraud |
| ANDRE TANDALA DAMBI, | : | (18 U.S.C. §1341) |
| | : | |
| | : | Causing an |
| | : | Act to be Done |
| | : | (18 U.S.C. §2) |
| Defendant. | : | |

**INDICTMENT**

The Grand Jury Charges that:

**COUNTS ONE THROUGH SIX**
**(Mail Fraud)**

INTRODUCTORY ALLEGATIONS

At times material herein:

1. The United States Agency for International Development (USAID) is an agency of the United States that extends assistance to countries recovering from disaster, trying to escape poverty, and engaging in democratic reforms. In March of 2003, USAID awarded a multi-million dollar cooperative agreement ("USAID cooperative agreement") to the Cooperative for Assistance and Relief Everywhere, Inc., (CARE) a non-profit humanitarian organization. Pursuant to the USAID

cooperative agreement, USAID agreed to donate agricultural commodities and pay related support costs to CARE for humanitarian assistance in Angola, Africa. In order to implement the USAID cooperative agreement, CARE utilized the services of other non-profit humantarian organizations, including Africare, a non-profit organization specializing in relief efforts on the Continent of Africa, headquartered at 440 R. Street, N.W., Washington, D.C. 20001.

2. Pursuant to a Recipient Agency Agreement, as amended, between CARE and Africare, CARE would make periodic payment of funds to Africare for the delivery of agricultural commodities within Angola, including, but not limited to internal transportation, storage and handling costs of those commodities. Also, in connection with the Recipient Agency Agreement, Africare submitted periodic financial reports to CARE summarizing project expenses, including but not limited to truck transportation expenses.

3. Within Angola, Africare had offices in various locations including Luanda ("main office"), Seles and Waco Kungo.

4. In order to cover ongoing expenses in Angola, including, but not limited to, truck transportation costs, funds received from CARE would be electronically transferred from Africare's bank accounts in the United States to Africare's business bank accounts in Angola at Luanda at Banco de Fomento Angola (BFA) and Banco de Comercio e Insutria (BCI).

5. Defendant ANDRE TANDALA DAMBI ("hereinafter sometimes referred to as "DAMBI" or "ANDRE TANDALA DAMBI", was an Angolan National, who resided in Launda, Angola and Waco Kungo, Angola and was employed as Provincial Representative of Kwanza Sul Province for Africare ("Provincial Representative"). As Provincial Representative, DAMBI was responsible for

overseeing Africare's operations in the Kwanza Sul province, including, but not limited to, hiring and paying truck drivers to transport agricultural commodities from Africare's warehouses to delivery points in various villages.

## SCHEME AND ARTIFICE TO DEFRAUD

6. From in or about June, 2003 through in or about December, 2004, in Angola, Africa, the District of Columbia and elsewhere, defendant ANDRE TANDALA DAMBI did devise, participate in and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## PURPOSE OF THE SCHEME AND ARTIFICE

7. A purpose of the scheme and artifice was for defendant ANDRE TANDALA DAMBI to fraudulently obtain moneys, funds and property from Africare for his own use and benefit and to further the scheme by various means, including omissions of material fact, false material pretenses, representations and promises.

## MANNER AND MEANS

8. It was part of the scheme and artifice that in or about June, 2003, defendant ANDRE TANDALA DAMBI falsely represented to officials of Africare in Angola that the prevailing rate in the Kwanza Sul Province for the truck transportation of agricultural commodities from Africare's warehouses to delivery points in various villages was $50 U.S. per metric ton.

9. It was further part of the scheme and artifice that defendant ANDRE TANDALA DAMBI submitted to Africare officials written requests for cash disbursement of transportation funds for payments to truck drivers which fraudulently overstated the rate of payment to the drivers.

10. It was further part of the scheme and artifice that based upon the fraudulently overstated cash disbursement requests, defendant ANDRE TANDALA DAMBI caused cash withdrawals to be made from Africare's accounts at BCI and BFA, which he received and partially diverted for his personal use, including the purchase of automobiles.

11. It was further part of the scheme and artifice that to conceal his diversion of Africare's funds withdrawn from BCI and BFA, defendant ANDRE TANDALA DAMBI submitted to Africare officials payment receipts falsely representing that $50 per metric ton was paid for trucking services on behalf of Africare, when in truth and in fact, as defendant ANDRE TANDALA DAMBI then knew, payment of $30 per metric ton or less was made for said services.

12. It was further part of the scheme and artifice that, in some instances, defendant ANDRE TANDALA DAMBI caused forged signatures to be placed on the payment receipts and waybills submitted to Africare officials.

13. It was further part of the scheme and artifice that, in some instances, defendant ANDRE TANDALA DAMBI caused truck drivers to sign blank payment receipts which DAMBI thereafter caused to be completed with fraudulently overstated payment rates.

14. It was further part of the scheme and artifice that, in some instances, defendant ANDRE TANDALA DAMBI caused payment receipts and waybills to list fraudulently overstated tonnages for the truck shipments.

15. It was further part of the scheme and artifice that defendant ANDRE TANDALA DAMBI caused batches of the aforementioned materially false and fraudulent payment receipts and waybills to be sent via Express Mail Service ("EMS") and the United States Postal Service ("USPS")

from Luanda, Angola, to Africare's headquarters in the District of Columbia.

16. It was further part of the scheme and artifice that defendant ANDRE TANDALA DAMBI caused Africare Funds Transfer Request Form spreadsheets containing quarterly project expense projections incorporating the fraudulently inflated truck transportation costs to be created and sent from Africare's office in Luanda, Africa to Africare headquarters in the District of Columbia.

17. It was further part of the scheme and artifice that defendant ANDRE TANDALA DAMBI caused to be submitted from Africare to CARE periodic financial reports summarizing project expenses, which reports incorporated the fraudulently inflated truck transportation expenses.

18. As a direct result of defendant ANDRE TANDALA DAMBI'S scheme and artifice, Africare sustained a loss of approximately $175,000.

## EXECUTION OF THE SCHEME AND ARTIFICE

19. On or about the dates listed for each count below, in the District of Columbia and elsewhere, defendant ANDRE TANDALA DAMBI, for the purpose of executing the above-described scheme and artifice and attempting to do so, knowingly caused to be delivered by the United States Postal Service according to the directions thereon, the matters and things listed below:

| Count | Approx. Date | Item | Mailed From | Mailed To |
|---|---|---|---|---|
| 1 | 2/10/04 | Cash Disbursement Vouchers, Requests for Disbursement and Payment Receipts | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |

| 2 | 7/6/04 | Cash Disbursement Voucher, Request for Disbursement, Payment Receipts and Waybills | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |
|---|---|---|---|---|
| 3 | 8/16/04 | Cash Disbursement Voucher, Request for Disbursement, Receipt for Disbursement, Payment Receipts and Waybills | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |
| 4 | 9/16/04 | Cash Disbursement Vouchers, Requests for Disbursement, Payment Receipts and Waybills | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |
| 5 | 11/10/04 | Cash Disbursement Vouchers, Requests for Disbursement, Payment Receipts and Waybills | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |
| 6 | 12/21/04 | Cash Disbursement Voucher, Request for Disbursement, Payment Receipts and Waybills | Africare, Luanda, Angola | Africare, 440 R. Street, N.W., Washington, D.C. |

**(Mail Fraud and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1341 and 2.)**

A TRUE BILL.


FOREPERSON

_____
ATTORNEY FOR THE UNITED STATES
AND FOR THE DISTRICT OF COLUMBIA