CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal  Number  06-277  (PLF) |
| | ) | |
| | ) | |
| | ) | |
| ANDRE TANDALA DAMBI | ) | Category  B |
| | ) | |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on August 16, 2007 from Judge Paul

L. Friedman to The Calendar Committee  by direction of the Calendar

Committee.


(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Friedman & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Criminal Case Processing Clerk
     U.S. Attorney—Judiciary Square Building, Room 5133
     Statistical Clerk